**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| O'BERT, STEPHANIE | ) | |
| | ) | CASE NO. 06-08805 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**AMENDED NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    Will County Court Annex, 57 N Ottawa St., Room 201, Joliet, IL 60432

    on:    **January 4, 2008**
    at:    **9:15 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

    a. Receipts    $    7,445.39

    b. Disbursements    $    0.00

    c. Net Cash Available for Distribution    $    7,445.39

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $ 1,494.54 | $ 122.71 |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

    none

6. Claims of general unsecured creditors totaling $7,501.87, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 77.69%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Centurion Bank | $ 1,729.56 | $ 1,343.68 |
| 2 | Target National Bank | $ 5,772.31 | $ 4,484.46 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Bank Account
    b. Household Goods
    c. Wearing Apparel

Dated: **December 3, 2007**        For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Dec 03, 2007
Case: 06-08805                 Form ID: pdf002             Total Served: 10

The following entities were served by first class mail on Dec 05, 2007.
db           +Stephanie O'Bert,    1111 Home Court,     Shorewood, IL 60404-9658
aty          +Stuart B Handelman,    Law Offices Of Stuart B  Handelman P C,    332 S Michigan Ave Ste 1020,
               Chicago, IL 60604-4323
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10832858     +American Express Centurion Bank,    PO Box 3001,    Malvern, PA 19355-0701
11010404      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10832859   ++++SCHUH INVESTMENTS, INC.,    DBA LADIES WORKOUT EXPRESS,    12337 S ROUTE 59 STE 105,
               PLAINFIELD IL  60585-4626
               (address filed with court:  Schuh Investments, Inc.,    dba Ladies Workout Express,
               12337 S. Route 59, Unit 3,    Plainfield, IL 60544)
10832857     +Stuart B. Handelman,    The Law Offices of Stuart B. Handelman,,
               332 S. Michigan Avenue, Suite 1020,    Chicago, IL 60604-4323
10832861    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    P.O. Box 9490,
               Cedar Rapids, IA 52409-9490)
10832860     +Target,    Attn: Bankruptcy Department,    P.O. Box 1327,    Minneapolis, MN 55440-1327
11128366     +Target National Bank,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10832856*    +Stephanie O'Bert,    1111 Home Court,     Shorewood, IL 60404-9658
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2007**                    **Signature:** _Joseph Speetjens_